B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re  Allen Systems Group, Inc.,        Case No. 15-_____ (___)
               Debtor

                                  Chapter 11

### CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the consolidated list of the Debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| The Bank of New York Mellon Trust Company, N.A. | The Bank of New York Mellon Trust Company, N.A. Attention: Geraldine Creswell, Corporate Trust Administration 10161 Centurion Parkway Jacksonville, FL 32256 Tel: 904-998-4720 Fax: 904.645.1921 | Undersecured $300 million 2016 Notes | | $166,745,359.82 |
| IBM | IBM Credit LLC Attention: Alexandra Spinelli (x4842) 4111 Northside Pkwy Atlanta, GA 30327-3096 Tel: 800-819-8206 Fax: 845-264-6270 | Trade | | $407,850.53 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| PRO ET CON GMBH | PRO ET CON GMBH<br>Attention: Uwe Kaiser<br>Dittesstraße 15<br>c/o Pegasus Center<br>09126 Chemnitz<br>Germany<br>Tel: 49 (0)371 270951-0<br>Fax: 49 (0)371 270951-29<br>Email: info@proetcon.de | Royalties | | $152,006.31 |
| Ultranova Consulting Services | Ultranova Consulting Services<br>Attention: Luis Madrigal<br>Corregidora 444, Edif. C-501<br>Colonia Miguel Hidalgo<br>Delegacion Tlalpan<br>Mexico 14260<br>Tel: 52-55-3901-7277<br>Email: lf.espinosa@ucs.mx | Royalties | | $150,000.00 |
| Lincoln & Co. Inc. | Lincoln & Co. Inc.<br>A Division of Biscom, Inc.<br>Attn: Customer support<br>321 Billerica Road<br>Chelmsford, MA 01824<br>Tel: (978) 244-0250<br>Fax: (978)-250-2590<br>Email: dwatson@lincolnco.com | Royalties | | $144,332.07 |
| SOFTSERVE, INC | Softserve, Inc<br>Attention: Juan Turruellas<br>12800 University Drive<br>Suite 410<br>Ft. Myers, FL 33907<br>Tel: 239-690-1111<br>Fax: 239-690-3116<br>Email: info@softserveinc.com | Trade | | $131,825.25 |
| Level 3 Communications | Level 3 Communications<br>Attention: Paula Bramblett<br>PO Box 790407<br>St. Louis, MO 63179-0407<br>Tel: 813.841.8827<br>Email: paula.bramblett@level3.com | Telecom | | $117,174.79 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Frank Lichner Consulting | Frank Lichner Consulting Attention: Frank Lichner Niederrheinstrasse 357 40489 Dusseldorf Germany Tel: 0151-27627600 Email: frankcn63@gmail.com | Trade | | $106,786.86 |
| NTT EUROPE SP, S.L.U. | NTT EUROPE SP, S.L.U. Edificio L'Illa Diagonal Numancia, 164-168, 5ª Planta. 08029 Barcelona Spain Tel: +34 902 250 280 Fax: +34 902 111 812 | Trade | | $103,629.37 |
| Upland Software Inc. | Upland Software, Inc. (fka Tenrox Inc.) Attention: Ihab Guirguis 275 Boul, Armand-Frappier Laval, Quebec, H7V 4A7, Canada Tel: 450-688-3444 Fax: 450-910-0802 | Trade | | $102,005.00 |
| Data Strategies Int'l, Inc. | Data Strategies Int'l, Inc. Attn: Giancarlo Gaggero 8562 Kary Fwy, Suite 154 Houston, TX 77024 Tel: 713-782-7183 Email: ggdsi@go-dsi.com | Trade | | $92,003.99 |
| ACCUSOFT CORPORATION | ACCUSOFT CORPORATION Attention: Customer Support Attention: Jack Berlin 4001 N Riverside Drive Tampa, FL 33603 Tel: +1 (813) 875-7575 Fax: +1 (813) 875-7705 | Trade | | $90,000.00 |
| REISCHMANN INFORMATIK | Reischmann Informatik GmbH Attention: Josef Reischmann Berrschestrasse 2 81245 Munich Germany Phone +49-89-829260-0 Fax +49-89-829260-25 Email: info@reischmann.com | Royalties | | $85,700.11 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Kofax Image Products, Inc. | Kofax Image Products, Inc. Attention: Customer Support Attention: Sandi Shadbolt 15211 Laguna Canyon Road Irvine, California 92618 Tel: (949) 727-1733 Fax: (949) 727-3144 | Royalties | | $82,057.73 |
| BORTA LTD | BORTA LTD Attention: President PO Box 27366 1640 Nicosia Cyprus Tel: +44 20 8144 1682 Email: ltdborta@gmail.com | Royalties | | $68,769.62 |
| Pure Mobile Limited | Pure Mobile Limited Solutions House Attention: Ben Newbury Blisworth Hill Farm Northampton NN7 308 Tel: 0870 240 3470 Fax: 0870 240 3472 | Trade | | $68,747.93 |
| Moody's Investors Service | Moody's Investors Service Attention: Donna Hamrah 7 World Trade Center at 250 Greenwich Street New York, NY 10007 Tel: +1-212-553-0590 Email: Donna.hamrah@moodys.com | Trade | | $68,000.00 |
| Apriorit PE | Apriorit PE Attention: Dennis Turpitka, CEO Yaselnaya 1, Dnipropetrovsk, 49023 Ukraine Tel: +380-50-340-1747 Email: sales@apriorit.com | Trade | | $53,600.00 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| CDP Communications Inc. | CDP Communications Inc.<br>Attention: Rick Saarimaki<br>8789 Woodbine Ave, Ste 111<br>Markham, Ontario<br>Canada  L3R9T6<br>Tel: +1 (905) 707-9744<br>Fax: 1 (905) 604-7711 | Royalties | | $50,241.25 |
| Pericak & Associates | Pericak & Associates<br>Attention: Ken Pericak<br>155 Massassauga Road, RR7<br>Belleville, Ontario<br>Canada K8N 4Z7<br>Tel: 613-391-2177<br>Email: ken.pericak@kos.net | Trade | | $47,014.97 |

DOCS_DE:197708.3 05511/001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Allen Systems Group, Inc., | ) | Case No. 15-_____ (___) |
| | ) | |
| Debtor. | ) | |

## CERTIFICATION CONCERNING CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

The debtor and debtor in possession (the "Debtor") in the above-captioned case hereby certifies under penalty of perjury that the *Consolidated List of Creditors Holding 20 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Consolidated List of Creditors Holding 20 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of February, 2015, at Naples, Florida.

_____
John C. DiDonato
Chief Restructuring Officer

DOCS_DE:197708.1 05511-001