IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) Chapter 11 |
|---|---|
| In re: | ) |
| | ) Case No. 15-_____ (___) |
| Allen Systems Group, Inc., | ) |
| Debtor. | ) |

## LIST OF EQUITY HOLDERS

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, the following identifies all holders having a direct or indirect ownership interest, of the above-captioned debtor in possession (the "Debtor").

| Name and Last Known Address of Equity Interest Holder | Type of Equity Interest | Percentage of Interest |
|---|---|---|
| Arthur L. Allen<br>708 Goodlette Road North<br>Naples, FL 34102 | | 100% |

I, John C. DiDonato, the undersigned Chief Restructuring Officer of Allen Systems Group, Inc. named as the debtor in this case, declare under penalty of perjury that I have read the list of equity security holders and that it is true and correct to the best of my information and belief.

Executed this 18th day of February, 2015, at Naples, Florida.

John C. DiDonato
Chief Restructuring Officer