IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Allen Systems Group, Inc., | ) Case No. 15-_____ (___) |
| | ) |
| Debtor. | ) |

**VERIFIED CONSOLIDATED LIST OF CREDITORS/MASTER MAILING MATRIX OF ALLEN SYSTEMS GROUP, INC. SUBMITTED IN ACCORDANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007 AND LOCAL BANKRUPTCY RULE 1007-2 FOR THE DISTRICT OF DELAWARE**

I, John C. DiDonato, Chief Restructuring Officer of Allen Systems Group, Inc., a Delaware corporation, named as the debtor in this case (the "Debtor"), declare under penalty of perjury that I have read the attached *Consolidated List of Creditors/Master Mailing Matrix* for Allen Systems Group, Inc. and that it is true and correct to the best of my knowledge, information and belief.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations have been completed with regard to any claims (or possible claims) of any of the parties set forth in the *Consolidated List of Creditors/Master Mailing Matrix* for Allen Systems Group, Inc. or as to any defenses (or possible defenses) thereto. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

Executed this 18th day of February, 2015, at Naples, Florida.

_____
John C. DiDonato
Chief Restructuring Officer