IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Allen Systems Group, Inc., | ) | Case No. 15-_____ (___) |
| | ) | |
| Debtor. | ) | |

**VERIFIED STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP PURSUANT TO RULES 1007 AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

In accordance with Rules 1007 and 7007.1 of the Federal Rules of Bankruptcy Procedure, the Debtor submits the following information:

☐ The following corporation directly or indirectly owns 10% or more of any class of the above-captioned Debtor's equity interests:

   Name:
   Address:

☐ (Additional names are attached hereto)

☒ There are no corporations that directly or indirectly own 10% or more of any class of the Debtor's equity interests.

I, John C. DiDonato, as an authorized officer of the debtor in this chapter 11 case, declare under penalty of perjury that I have reviewed the list and that it is true and correct as of February 18, 2015, to the best of my knowledge, information and belief.

Executed this 18th day of February, 2015, at Naples, Florida.

_____
John C. DiDonato
Chief Restructuring Officer

DOCS_DE:197708.1 05511-001