# Exhibit A

Organizational Chart

# Organizational Chart

