# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Allen Systems Group, Inc., *et al.*,[1] | ) Case No. 15-10332 (KJC) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appear in the above-captioned cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to the Ad Hoc Committee of Pre-Petition Secured Creditors (the "Ad Hoc Committee") in the above-captioned cases and demand, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) and sections 102(1), 342 and 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned attorneys, at the addresses set forth below:

| | |
|---|---|
| Pauline K. Morgan (No. 3650)<br>Maris J. Kandestin (No. 5294)<br>Laurel D. Roglen (No. 5759)<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>**CM/ECF Noticing**: bankfilings@ycst.com<br>Email: pmorgan@ycst.com<br>Email: mkandestin@ycst.com<br>Email: lroglen@ycst.com | Alan W. Kornberg, Esq.<br>Diane Meyers, Esq.<br>Kelley A. Cornish, Esq.<br>Arina Popova, Esq.<br>Kyle J. Kimpler, Esq.<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>Email: akornberg@paulweiss.com<br>Email: dmeyers@paulweiss.com<br>Email: kcornish@paulweiss.com<br>Email: apopova@paulweiss.com<br>Email: kkimpler@paulweiss.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Allen Systems Group, Inc. (4496); ASG Federal, Inc. (1773); and Viasoft International, LLC (9761). The mailing address for all of the Debtors is: 708 Goodlette Road North, Naples, Florida 34102.

01:16671312.1

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail or otherwise filed or given with regard to the above-referenced case and the proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of the right of the Ad Hoc Committee (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any rights, actions, or defenses relating to the scope of the Bankruptcy Court's jurisdiction pursuant to the United States Supreme Court's decision in *Stern v. Marshall*, 131 S. Ct. 2594 (2011), or (5) to any other rights, claims, actions, setoffs, or recoupments to which the Ad Hoc Committee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the above-named party-in-interest expressly reserves. Nor shall this Notice of Appearance and Request for Service of Papers be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

[*SIGNATURE PAGE FOLLOWS*]

01:16671312.1

Date:  February 18, 2015
      Wilmington, Delaware

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Maris J. Kandestin*
Pauline K. Morgan (No. 3650)
Maris J. Kandestin (No. 5294)
Laurel D. Roglen (No. 5759)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  pmorgan@ycst.com
Email:  mkandestin@ycst.com
Email:  lroglen@ycst.com

-AND-

Alan W. Kornberg, Esq.
Diane Meyers, Esq.
Kelley A. Cornish, Esq.
Arina Popova, Esq.
Kyle J. Kimpler, Esq.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email:  akornberg@paulweiss.com
Email:  dmeyers@paulweiss.com
Email:  kcornish@paulweiss.com
Email:  apopova@paulweiss.com
Email:  kkimpler@paulweiss.com

*Counsel to the Ad Hoc Committee of Pre-Petition Secured Creditors*