# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALLEN SYSTEMS GROUP, INC., *et al.*,[1] | Case No. 15-10332 (KJC) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 183** |

## NOTICE OF (I) ENTRY OF ORDER APPROVING THE DEBTORS' DISCLOSURE STATEMENT FOR, AND CONFIRMING, THE DEBTORS' FIRST AMENDED JOINT PREPACKAGED CHAPTER 11 PLAN AND (II) OCCURRENCE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE** that on March 27, 2015, the Honorable Kevin J. Carey, United States Bankruptcy Judge for the United States Bankruptcy Court for the District of Delaware (the "Court"), entered an order [Docket No. 183] (the "Confirmation Order") confirming the *Debtors' First Amended Joint Prepackaged Chapter 11 Plan (With Technical Modifications)* (as attached to the Confirmation Order, the "Plan")[2] and approving the *Disclosure Statement for the Debtors' Joint Prepackaged Chapter 11 Plan* [Docket No. 17] of the above-captioned debtors and debtors in possession (the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on April 30, 2015. Each of the conditions precedent to consummation of the Plan enumerated in Article IX of the Plan have been satisfied or waived in accordance with the Plan and the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Confirmation Order, the discharge, release, injunction, and exculpation provisions in Article VIII of the Plan are now in full force and effect.

**PLEASE TAKE FURTHER NOTICE** that requests for payment of Professional Compensation Claims must be filed and served on the Debtors or Reorganized Debtors by June 29, 2015, which is the date 60 days after the Effective Date.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Allen Systems Group, Inc. (4496); ASG Federal, Inc. (1773); and Viasoft International, LLC (9761). The mailing address for all of the Debtors is: 708 Goodlette Road North, Naples, Florida 34102.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that if you would like copies of the Confirmation Order or documents included in the Plan, the Plan Supplement, the Disclosure Statement, or any other document filed in these chapter 11 cases, you may contact Epiq Bankruptcy Solutions, LLC, the notice, claims, and solicitations agent retained by the Debtors in the Chapter 11 Cases, by: (a) visiting the Debtors' restructuring website, http://dm.epiq11.com/ASG, or (b) writing to undersigned counsel for the Debtors. You may also obtain copies of any pleadings filed in the Chapter 11 Cases for a fee via PACER at: www.deb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety.

Dated: April 30, 2015
Wilmington, Delaware

/s/ *Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Michael R. Seidl (DE Bar No. 3889)
Peter J. Keane (DE Bar No. 5503)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:    ljones@pszjlaw.com
    mseidl@pszjlaw.com
    pkeane@pszjlaw.com

Counsel for the Debtors and Debtors in Possession