## EXHIBIT B

Invoice

# Invoice

**Invoice**   0515 NAA ASU01

**Date**   26 June 2015

Allen Systems Group, Inc.
708 Goodlette Rd North
Naples, FL  34102

**For the attention of**   John DiDonato, President

| | |
|---|---:|
| Monthly Fees: (February 18, 2015 – April 30, 2015)[1] | $ 299,107.14 |
| Completion Fee: | 3,750,000.00 |
| Debtor-in-Possession Financing New Capital Fee | 400,000.00 |
| Exit Financing New Capital Fee | 4,475,000.00 |
|   Less:  Monthly Fee Credit[2] | (468,750.00) |
|   Less:  New Capital Fee Credit:[3] | (2,437,500.00) |
| Voluntary Adjustments[4] | (1,267,857.14) |
| Total Fees: | $4,750,000.00 |
| Out-of-pocket expenses: | 45,158.51 |
| **Total Due** | **$4,795,158.51** |

> The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Disbursements and charges received and booked after the closing date of this statements will be billed subsequently.

Please transfer funds to: **(PLEASE NOTE CHANGE IN WIRE INSTRUCTIONS)**

| TD Bank N.A. | Account Name: | Rothschild Inc. |
|---|---|---|
| 1290 Avenue of the Americas | Account Number: | 4314548318 |
| New York, NY 10104 | ABA: | 031101266 |

---

[1] Prior to February 18, 2015 (the "Petition Date"), Rothschild received payment with respect to the Monthly Fee for February 2015 in an amount equal to $125,000.00, of which $49,107.14 is applicable to the post-petition period from February 18, 2015 to February 28, 2015

[2] 50% of Monthly Fees paid in excess of $375,000.00. Total Monthly Fees of $1,312,500.00 from June 15, 2014 to April 30, 2015

[3] 50% of total New Capital Fees (DIP and Exit Financing) are credited against the Completion Fee

[4] Reflects voluntary adjustments by Rothschild after discussions with the Debtors and certain holders of Domestic Credit Facility Claims and Notes Claims

1251 Avenue of the Americas            Telephone: (212) 403-3500
New York                                Fax: (212) 403-3501
NY 10020
www.rothschild.com