# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Allen Systems Group, Inc., *et al.*,[1] | ) | Case No. 15-10332 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

## VERIFIED FINAL REPORT

Pursuant to the March 27, 2015, *Findings of Fact, Conclusions of Law, and Order Approving the Debtors' Disclosure Statement for, and Confirming, the Debtors' First Amended Joint Prepackaged Chapter 11 Plan (with Technical Modifications)* (the "Confirmation Order") [Docket No. 183] confirming the *Debtors' First Amended Joint Prepackaged Chapter 11 Plan* (as attached to the Confirmation Order, and including all supplements and exhibits, the "Plan"), which Plan became effective on April 30, 2015 (the "Effective Date"), the undersigned representative of the above-captioned reorganized debtors (the "Reorganized Debtors," and, before the Effective Date, the ("Debtors")), does hereby declare that:

To the best of my knowledge, information, and belief, the following is a breakdown of the results in the Debtors' cases:

## ADMINISTRATIVE EXPENSES

| Type of Payment | Amount of Payment (rounded to nearest dollar) |
|---|---|
| 1. Trustee's Compensation | $ N/A |
| 2. Attorney for Trustee | $ N/A |

---

[1] The reorganized debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Allen Systems Group, Inc. (4496); ASG Federal, Inc. (1773); and Viasoft International, LLC (9761). The mailing address for all of the Debtors is: 708 Goodlette Road North, Naples, Florida 34102.

| | | |
|---|---|---|
| 3. | Attorneys for the Debtors-in-possession and post-confirmation estate (fees) | $1,394,779.00 |
| 4. | Attorneys for the Debtors-in-possession and post-confirmation estate (expenses) | $106,505.67 |
| 5. | Attorneys for Committee (fees) | $ N/A |
| 6. | Attorneys for Committee (expenses) | $ N/A |
| 7. | U.S. Trustees fees | $91,950.00 |
| 8. | Other fees or expenses | $5,321,153.06 |
| | **Total Administrative Expenses** | $6,914,387.73 |

1. No trustee or examiner was appointed in these cases, and no Official Committee of Unsecured Creditors was appointed. Hence, no fees or expenses were incurred for a trustee or trustee's counsel, for an examiner or examiner's counsel, or for an Official Committee of Unsecured Creditors or its counsel.

2. All deposits required by the Plan have been made and all matters to be completed upon the effective date of the confirmed Plan have been fulfilled or completed.

3. Except as noted herein, there are no pending adversary proceedings or contested matters before the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") that would affect the substantial consummation and closing of these cases. Objections to claim 21, filed by Intralinks, Inc., and to claim 23, filed by Oracle America, Inc., have been filed and are schedule for hearing in connection with the motion filed seeking the closure of the Debtors' case.

4. On or before the date of the hearing on the motion to close the Debtors' cases (the "Closing Motion"), the Reorganized Debtors will have paid all required fees due under 28 U.S.C. § 1930 and filed all reports required by the Office of the United States Trustee.

5. All distributions to be made under the Plan on account of Claims filed in these cases (a) have been made or will be made prior to the hearing upon the Closing Motion or (b) in accordance with the terms of the Plan, will be made in the ordinary course of business as such amounts become due. The total and percentage dividends paid to claimants were as follows:

**PAYMENTS TO CREDITORS AND INTERESTS**

| Class | Type of Claim or Interest | Distribution | % of Total Allowed Claims |
|---|---|---|---|
| N/A | DIP Facility Claims | $3,570,908.69 | 100% |
| N/A | Administrative Claims | $27,840,979.73[2] | 100% |
| N/A | Professional Claims | $5,576,696.68 | 100% |
| N/A | Priority Tax Claims | $12,880,734.29[3] | 100% |
| 1 | Secured Tax Claims | $14,326.53[4] | 100% |
| 2 | Other Secured Claims | $N/A[5] | 100% |
| 3 | Other Priority Claims | $13,505,000.00[6] | 100% |
| 4 | Domestic Credit Facility Claims | $324,790,798.24 | 100% |
| 5 | Notes Claims | $139,200,000.00[7] | 41% |
| 6 | Other Unsecured Claims | $8,645,000.00[8] | 100% |

---

[2] Represents estimated actual and necessary costs and expenses incurred on or after the Petition Date until and including the Effective Date of preserving the Estates and operating the Debtors' businesses. This estimate does not include DIP Facility Claim distributions, Professional Claim distributions for fees incurred and approved from February 18, 2015 to March 27, 2015, or estimates for Priority Tax Claim distributions.

[3] Represents estimated pre-petition and post-petition distributions for all taxes paid from February 18, 2015, to April 30, 2015.

[4] Represents filed and allowed claims identified as Secured Tax Claims.

[5] Other Secured Claims were reinstated and will be satisfied in the ordinary course of business.

[6] Represents estimated pre-petition Employee Compensation and Benefits paid or to be paid in the ordinary course of business, less amounts previously estimated and included as Priority Tax Claims (related to withholding obligations, primarily consisting of payroll taxes).

[7] Represents estimated equity value of the Reorganized Debtors plus pre-Effective Date estimates of cash on hand.

| # | Class | Amount | % |
|---|---|---|---|
| 7 | ASG Interests | $0.00 | 0% |
| 8 | Intercompany Claims | $N/A[9] | 100% |
| 9 | Intercompany Interests | $N/A[10] | 100% |
| 10 | Section 510(b) Claims | $0.00 | 0% |

**Total**  $536,379,444.16

Dated: September 2, 2015    By: _____
Derek Eckelman
Executive Vice President and General Counsel

Sworn to before me this 2nd day
of September, 2015

Notary Public: _____

My Commission Expires: 10/28/18

JENNIFER T. SHEFFIELD
MY COMMISSION # FF 142758
EXPIRES: October 28, 2018
Bonded Thru Budget Notary Services

---

[8] Represents estimated and authorized distributions of payables claims to pre-petition unsecured creditors that were paid or will be paid in the ordinary course of business.
[9] Intercompany Claims were reinstated and will be satisfied in the ordinary course of business
[10] Intercompany Interests were reinstated and will be satisfied in the ordinary course of business